Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CARL JOHAN DROTT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SANA BIOTECHNOLOGY, INC., STEVEN D. HARR and NATHAN HARDY<br><br>Defendants. | Case No. 2:25-cv-00512-BJR<br><br>**ORDER REGARDING SERVICE OF PROCESS AND RESPONSE TO COMPLAINT** |

PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. Defendants are not required to answer, move or otherwise plead or respond to Plaintiff's Complaint at any time before the Court appoints a Lead Plaintiff and approves the Lead Plaintiff's selection of Lead Counsel in this action.

2. After the Court appoints a Lead Plaintiff, the parties will confer regarding a proposed schedule for the filing or designation of an operative complaint and Defendants' response thereto, including a briefing schedule for Defendants to move to dismiss the operative complaint, and will submit the proposed schedule to the Court within fourteen (14) days of the appointment of a Lead Plaintiff and approval of Lead Plaintiff's selection of Lead Counsel.

3. The plaintiff shall promptly file confirmation of the date on which publication was effectuated pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 (a)(3)(A)(i).

Motions to be appointed as Lead Plaintiff shall be filed no later than 60 days after the date on which the notice was published, and must be filed no later than **June 9, 2025**. An expedited briefing schedule related to those motions will be set by separate order.

SO ORDERED.

DATED: April 16, 2025.

Seattle, Washington

HON. BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP | BADGLEY MULLINS TURNER PLLC |
| */s/ J. Wesley Earnhardt* | */s/ Duncan C. Turner* |
| Keith R. Hummel (*pro hac vice forthcoming*) | Duncan C. Turner, WSBA No. 20597 |
| Daniel Slifkin (*pro hac vice forthcoming*) | 19910 50th Ave. W., Suite 103 |
| J Wesley Earnhardt (*pro hac vice forthcoming*) | Lynnwood, WA 98036 |
| Ming-Toy Taylor (*pro hac vice forthcoming*) | (206) 621-6566 |
| khummel@cravath.com | dturner@badgleymullins.com |
| dslifkin@cravath.com | *Attorneys for Plaintiff Carl Johan Drott* |
| wearnhardt@cravath.com | |
| mtaylor@cravath.com | |
| *Attorneys for the Defendants* | |
| McNAUL EBEL NAWROT & HELGREN PLLC | Jeremy A. Lieberman (*pro hac vice forthcoming*) |
| | J. Alexander Hood II (*pro hac vice forthcoming*) |
| */s/ Daniel M. Weiskopf* | POMERANTZ LLP |
| Daniel M. Weiskopf, WSBA No. 44941 | 600 Third Avenue, 20th Floor |
| 600 University Street, Suite 2700 | New York, NY 10016 |
| Seattle, WA 98101 | (212) 661-1100 |
| (206) 467-1816 | jalieberman@pomlaw.com |
| dweiskopf@mcnaul.com | ahood@pomlaw.com |
| *Attorneys for the Defendant Sana Biotechnology* | *Attorneys for Plaintiff Carl Johan Drott* |