THE HONORABLE BARBARA J. ROTHSTEIN
NOTED FOR: JUNE 10, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL JOHAN DROTT, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:25-cv-00512-BJR |
| Plaintiff, | **[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL** |
| v. | |
| SANA BIOTECHNOLOGY, INC., STEVEN D. HARR, and NATHAN HARDY, | |
| Defendants. | |

[PROPOSED] ORDER - 1
Case No. 2:25-cv-00512-BJR

WHEREAS, the above-captioned securities class action has been filed against Sana Biotechnology, Inc., Steven D. Harr, and Nathan Hardy, alleging claims under the Securities Exchange Act of 1934;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on March 21, 2025, a notice was issued to potential class members of the action informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on May 20, 2025, Shane Honey ("Movant") timely moved the Court for appointment as lead plaintiff and to approve their selection of counsel;

WHEREAS, the PSLRA, provides, inter alia, that the most adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice, and has the largest financial interest in the relief sought by the Class and satisfies the pertinent requirements of Fed. R. Civ. P. 23;

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(B) provides, inter alia, that as soon as practicable, the Court shall appoint the most adequate plaintiff as Lead Plaintiff for the action; and

WHEREAS, the Court finding that Movants have the largest financial interest in this action and prima facie satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. See 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, Movant is appointed as Lead Plaintiff of the class, as it has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

[PROPOSED] ORDER - 2
Case No. 2:25-cv-00512-BJR

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
**TEL** 206.621.6566
**FAX** 206.621.9686

2. Movant's choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel and Badgley Mullins Turner PLLC is appointed as liaison counsel.

3. Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

SO ORDERED:

Dated this ___ day of _____, 2025

_____

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES JUDGE

Presented by:

**BADGLEY MULLINS TURNER PLLC**

By: /s/ *Duncan C. Turner*

Duncan C. Turner, WSBA No. 20597
19910 50th Ave. W., Suite 103
Lynnwood, WA 98036
Telephone: (206) 621-6566
dturner@badgleymullins.com
*Counsel for Movant*

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim (*pro hac vice* forthcoming)
Laurence M. Rosen (*pro hac vice* forthcoming)

[PROPOSED] ORDER - 3
Case No. 2:25-cv-00512-BJR

275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com
*Counsel for Movant*

[PROPOSED] ORDER - 4
Case No. 2:25-cv-00512-BJR

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
**TEL** 206.621.6566
**FAX** 206.621.9686