THE HONORABLE BARBARA J. ROTHSTEIN
NOTED FOR: JUNE 10, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL JOHAN DROTT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SANA BIOTECHNOLOGY, INC., STEVEN D. HARR, and NATHAN HARDY,<br><br>Defendants. | Case No. 2:25-cv-00512-BJR<br><br>**DECLARATION OF DUNCAN C. TURNER IN SUPPORT OF MOTION OF SHANE HONEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

DECLARATION ISO MOTION OF SHANE
HONEY FOR APPOINTMENT AS LEAD
PLAINTIFF - 1
Case No. 2:25-cv-00512-BJR

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566
FAX 206.621.9686

I, Duncan C. Turner, declare:

1. I an attorney admitted to practice before this Court and Counsel for Lead Plaintiff Movant Shane Honey ("Movant"). I make this declaration in support of Movant's motion for appointment as Lead Plaintiff, and for approval of Movant's choice of The Rosen Law Firm, P.A. as Lead Counsel and Badgley Mullins Turner PLLC as liaison counsel.

2. Attached hereto are true and correct copies of the following documents:

Exhibit 1: PSLRA Early Notice;

Exhibit 2: PSLRA certification of Movant;

Exhibit 3: Movant's loss chart;

Exhibit 4: The firm resume of The Rosen Law Firm, P.A.

Exhibit 5: The firm resume of Badgley Mullins Turner PLLC

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 20, 2025                 Respectfully submitted,

                                    /s/ *Duncan C. Turner*
                                    Duncan C. Turner

DECLARATION ISO MOTION OF SHANE
HONEY FOR APPOINTMENT AS LEAD
PLAINTIFF - 2
Case No. 2:25-cv-00512-BJR

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
**TEL** 206.621.6566
**FAX** 206.621.9686

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Yonten Dorjee
Yonten Dorjee, Paralegal
**BADGLEY MULLINS TURNER PLLC**
Email: ydorjee@badgleymullins.com

DECLARATION ISO MOTION OF SHANE
HONEY FOR APPOINTMENT AS LEAD
PLAINTIFF - 3
Case No. 2:25-cv-00512-BJR

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566
FAX 206.621.9686