# Exhibit 1

Back to the Newsroom

   



# INVESTOR ALERT: Pomerantz Law Firm Announces the Filing of a Class Action Against Sana Biotechnology, Inc. and Certain Officers – SANA

Friday, 21 March 2025 08:15 PM

Topic: Class Action

**NEW YORK, NY /** [ACCESS Newswire](#) **/ March 21, 2025 /** Pomerantz LLP announces that a class action lawsuit has been filed against Sana Biotechnology, Inc. ("Sana" or the "Company") (NASDAQ:SANA) and certain officers. The class action, filed in the United States District Court for the Western District of Washington, and docketed under 25-cv-00512, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Sana securities between March 17, 2023 and November 4, 2024, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the

"Exchange Act") and Rule 10b-5 promulgated thereunder, against Sana and certain of its top officials.

If you are an investor who purchased or otherwise acquired Sana securities during the Class Period, you have until May 20, 2025 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Sana is a biotechnology company that develops *ex vivo* and *in vivo* cell engineering programs to purportedly revolutionize treatment across a broad array of therapeutic areas with unmet treatment needs, including, *inter alia*, oncology, diabetes, central nervous system ("CNS") disorders, and B-cell-mediated autoimmune diseases. The Company's product candidates include, among others, SC291 for the treatment of, *inter alia*, B-cell malignancies; SC379 for the treatment of certain CNS disorders; and SG299, which is part of the Company's fusogen platform for *in vivo* gene delivery for the treatment of hematologic malignancies.

Despite the attendant financial burden of developing numerous product candidates for a wide array of therapeutic areas, throughout the Class Period, Defendants repeatedly touted Sana's financial wherewithal to maintain its current operations and advance its existing product candidates. Simultaneously, Defendants consistently represented to investors that they were committed to financing and advancing SC291 (in oncology), SC379, and SG299. For example, throughout the Class Period, Defendants repeatedly touted those product candidates' purportedly promising preclinical and/or clinical results, upcoming data readouts, and regulatory events and timelines, including, *inter alia*, the preparation, submission, and/or approval of multiple investigational new drug applications ("INDs") with the United States Food and Drug Administration.

The complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding Sana's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Sana was at significant risk of having insufficient funds to maintain its current operations and advance one or more of its product candidates; (ii) SC291 in oncology, SC379, and SG299 were less promising than Defendants had led investors to believe; (iii) in order to preserve cash and advance its more promising product candidates, Sana was likely to decrease funding for and/or discontinue SC291 in oncology, SC379, and SG299, as well as significantly reduce its headcount; (iv)

accordingly, Defendants overstated Sana's financial capacity to maintain its current operations and advance its existing product candidates; and (v) as a result, Defendants public statements were materially false and/or misleading at all relevant times.

On October 10, 2023, during after-market hours, Sana issued a press release announcing that it "will reduce near-term spend on its fusogen platform for *in vivo* gene delivery" and instead "[i]ncreas[e its] focus on [its] *ex vivo* cell therapy platform[,]" thereby "postpon[ing] the planned SG299 IND" while "decreas[ing] its expected forward operating burn." Sana further disclosed a "29% headcount reduction" that, in tandem with the "decreased expenses related to the fusogen platform[,]" would keep its "2024 operating cash burn . . . below $200 million[,]" thereby "allowing [its] current cash position to extend further into 2025." The same press release also quoted Defendant Steven D. Harr ("Harr"), Sana's President and Chief Executive Officer, as stating that "[w]e need to ensure that we have a financeable cost structure with . . . emerging opportunities factored in," and that "this strategic re-positioning enables us to deliver significant clinical data across multiple drug candidates with the current balance sheet."

On this news, Sana's stock price fell $0.34 per share, or 8.95%, to close at $3.46 per share on October 11, 2023.

Then, on November 4, 2024, during after-market hours, Sana issued a press release announcing that it "will suspend development of both SC291 in oncology and of SC379 . . as it seeks partnerships for these programs" and instead "increase its investment in it type 1 diabetes program with the cash savings from these changes[,]" thereby "extend[ing] its expected cash runway into 2026." The same press release also quoted Defendant Harr as stating that "we need to ensure that we are directing our investments into the areas where we believe we can have the greatest impact for patients" and that "[t]his modified strategy will also help us reduce our cash burn but comes with the necessity of parting with some talented and valued colleagues."

On this news, Sana's stock price fell $0.37 per share, or 9.84%, to close at $3.39 per share on November 5, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards or behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP

## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

## Public Relations Products

Access PR Platform

Press Release Distribution

Media Database

Media Pitching

Media Monitoring

Media and Industry Targeting