# Exhibit 3

**Sana Biotechnology, Inc.**
**Class Period: March 17, 2023 through November 4, 2024**

| Name | Date Purchased | Description* | Quantity | Price | Total | Total Loss/Gain |
|---|---|---|---|---|---|---|
| Honey, Shane | 8/19/2024 | Buy 1/16/26 30 Calls | 6 | ($17.5000) | ($10,500.00) | |
| | 9/9/2024 | Buy 1/16/26 30 Calls | 7 | ($14.7000) | ($10,290.00) | |
| | 9/23/2024 | Buy 1/16/26 30 Calls | 3 | ($14.8000) | ($4,440.00) | |
| | 9/27/2024 | Buy 1/16/26 30 Calls | 5 | ($17.4000) | ($8,700.00) | |
| | 10/1/2024 | Buy 1/16/26 30 Calls | 1 | ($16.6000) | ($1,660.00) | |
| | 10/1/2024 | Buy 1/16/26 30 Calls | 1 | ($16.0000) | ($1,600.00) | |
| | | | | | ($37,190.00) | ($37,190.00) |

*These transactions represent a trade in call options. Each option represents 100 shares of the underlying stock. The price is the cost per share of the call option.