THE HONORABLE BARBARA J. ROTHSTEIN
NOTED FOR: JUNE 10, 2025

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CARL JOHAN DROTT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SANA BIOTECHNOLOGY, INC., STEVEN D. HARR, and NATHAN HARDY, <br><br> Defendants. | Case No. 2:25-cv-00512-BJR <br><br> **[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL** |

[PROPOSED] ORDER - 1
Case No. 2:25-cv-00512-BJR

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
**TEL** 206.621.6566
**FAX** 206.621.9686

**WHEREAS**, the Court has considered the competing motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel,

**IT IS HEREBY ORDERED THAT**:

1. Having reviewed all pending motions and accompanying memoranda of law, the Court hereby appoints Jonatan Koskinen ("Koskinen") as Lead Plaintiff in the above-captioned action (the "Action"). Koskinen satisfies the requirements for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

2. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained Pomerantz LLP as Lead Counsel and Badgley Mullins Turner PLLC as Liaison Counsel for the Class in the Action.

3. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

    (a)    to coordinate the briefing and argument of motions;

    (b)    to coordinate the conduct of discovery proceedings;

    (c)    to coordinate the examination of witnesses in depositions;

    (d)    to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

    (e)    to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

    (f)    to coordinate all settlement negotiations with counsel for defendants;

    (g)    to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

    (h)    to supervise any other matters concerning the prosecution, resolution, or settlement of this Action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or

[PROPOSED] ORDER - 2
Case No. 2:25-cv-00512-BJR

filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Lead Counsel.

5.      Every pleading in this Action, and any related action that is consolidated with this Action, shall hereafter bear the following caption:

UNITED STATES DISTRICT COURT<br>
FOR THE WESTERN DISTRICT OF WASHINGTON<br>
SEATTLE DIVISION

| IN RE SANA BIOTECHNOLOGY, INC. SECURITIES LITIGATION | Case No.  2:25-cv-00512-BJR |
|---|---|
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | [TITLE OF DOCUMENT] |

6.      When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When the document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

7.      Counsel in any related action that is consolidated with this Action shall be bound by the organization of plaintiffs' counsel set forth herein.

8.      Lead Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

9.      Defendants shall effect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, electronic, hand delivery, or ECF.  Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic or hand delivery, or by ECF on counsel for registered parties.

10.      During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control,

[PROPOSED] ORDER - 3
Case No. 2:25-cv-00512-BJR

including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant, or which may lead to the discovery of information relevant, to the subject matter of the pending litigation.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2025.
                         (Month)

 

_____
**THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE**

Presented by:

**BADGLEY MULLINS TURNER PLLC**

By: */s/ Duncan C. Turner*
Duncan C. Turner, WSBA No. 20597
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
Tel: (206) 621-6566
Email: dturner@badgleymullins.com

*Of Counsel for Movant Jonatan Koskinen
and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(pro hac vice application forthcoming)
J. Alexander Hood II
(pro hac vice application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Movant Jonatan Koskinen
and Proposed Lead Counsel for the Class*

[PROPOSED] ORDER - 4
Case No. 2:25-cv-00512-BJR

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
**TEL** 206.621.6566
**FAX** 206.621.9686

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(pro hac vice application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Movant Jonatan Koskinen*

[PROPOSED] ORDER - 5
Case No. 2:25-cv-00512-BJR

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
**TEL** 206.621.6566
**FAX** 206.621.9686