THE HONORABLE BARBARA J. ROTHSTEIN
NOTED FOR: JUNE 10, 2025

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CARL JOHAN DROTT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SANA BIOTECHNOLOGY, INC., STEVEN D. HARR, and NATHAN HARDY,<br><br>Defendants. | Case No. 2:25-cv-00512-BJR<br><br>**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF JONATAN KOSKINEN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

DECLARATION ISO MOTION OF JONATAN
KOSKINEN FOR APPOINTMENT AS LEAD
PLAINTIFF - 1
Case No. 2:25-cv-00512-BJR

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Jonatan Koskinen ("Koskinen"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Koskinen's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel and Badgley Mullins Turner PLLC ("Badgley Mullins") as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Koskinen's financial interest in this Action;

Exhibit B:    Shareholder Certification executed by Koskinen;

Exhibit C:    Declaration executed by Koskinen;

Exhibit D:    Firm resume of Pomerantz; and

Exhibit E:    Firm resume of Badgley Mullins.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 20, 2025.

s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

DECLARATION ISO MOTION OF JONATAN
KOSKINEN FOR APPOINTMENT AS LEAD
PLAINTIFF - 2
Case No. 2:25-cv-00512-BJR

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566
FAX 206.621.9686

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Yonten Dorjee*
Yonten Dorjee, Paralegal
**BADGLEY MULLINS TURNER PLLC**
Email:  ydorjee@badgleymullins.com

DECLARATION ISO MOTION OF JONATAN
KOSKINEN FOR APPOINTMENT AS LEAD
PLAINTIFF - 3
Case No. 2:25-cv-00512-BJR

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
**TEL** 206.621.6566
**FAX** 206.621.9686