# EXHIBIT A

**Sana Biotechnology, Inc. (SANA)**
**Class Period: March 17, 2023 to November 4, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 90-Days* Mean Price $2.6038 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jonatan Koskinen | 1/19/2024 | 6,449 | $5.0595 | ($32,629) | 10/11/2024 | (6,449) | $3.9605 | $25,541 | $0 | ($7,087) |

*Avg Closing Prices from November 5, 2024 to January 31, 2025