Hon. Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| IN RE SANA BIOTECHNOLOGY, INC. SECURITIES LITIGATION | Case No.  2:25-cv-00512-BJR |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE PROPOSED SECOND AMENDED COMPLAINT |

Pending before the Court is Plaintiffs Shane Honey and Jonatan Kiskinen's Motion for Leave for Plaintiffs to file the Proposed Second Amended Complaint ("Motion"). The court, having considered the parties' papers and supporting evidence, hereby ORDERS that the Plaintiffs' Motion is GRANTED and Plaintiffs may file the Proposed Second Amended Complaint on the docket in this action.

IT IS SO ORDERED.

DATED this _____ day of _____.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE PROPOSED SECOND
AMENDED COMPLAINT - 1
Case No. 2:25-cv-00512-BJR

**BADGLEY MULLINS TURNER PLLC**
19910 50TH AVE. W., SUITE 103
LYNNWOOD, WA 98036
TEL: (206) 621-6566

Presented by:

BADGLEY MULLINS TURNER PLLC
*/s/ Duncan C. Turner*
Duncan C. Turner, WSBA No. 20597
19910 50th Ave. W., Suite 103
Lynnwood, WA 98036
Tel: (206) 621-6566
Email: dturner@badgleymullins.com

*Liaison Counsel for the Class*

*/s/ Jonathan Horne*
THE ROSEN LAW FIRM
Jonathan Horne (*pro hac vice)*
Yitzchok Fishbach (*pro hac vice forthcoming*)
275 Madison Avenue, 40th Fl.
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jhorne@rosenlegal.com
yfishbach@rosenlegal.com

*Court-appointed Lead Counsel*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional counsel for Lead Plaintiffs*

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE PROPOSED SECOND
AMENDED COMPLAINT - 2
Case No. 2:25-cv-00512-BJR

**BADGLEY MULLINS TURNER PLLC**
19910 50TH AVE. W., SUITE 103
LYNNWOOD, WA 98036
TEL: (206) 621-6566