Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE SANA BIOTECHNOLOGY, INC.
SECURITIES LITIGATION

No. 2:25-cv-00512-BJR

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Pending before the Court is Plaintiffs' Motion for Leave to Amend the Complaint ("Motion"). The Court, having considered the Motion, Opposition, Reply, and supporting papers, hereby ORDERS that Plaintiffs' Motion is DENIED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2026.

_____
Honorable Barbara J. Rothstein

(PROPOSED) ORDER DENYING PLAINTIFFS.'
MOT. FOR LEAVE TO AMEND COMPLAINT
(2:25-cv-00512-BJR) – Page 1

CRAVATH, SWAINE & MOORE LLP
Two Manhattan West; 375 Ninth Avenue
New York, NY 10001    (212) 474-1000

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: /s/ Daniel M. Weiskopf
    Daniel M. Weiskopf, WSBA No. 44941
    dweiskopf@mcnaul.com

CRAVATH, SWAINE & MOORE LLP

By: /s/ J. Wesley Earnhardt
    J. Wesley Earnhardt (admitted *pro hac vice*)
    Keith R. Hummel (admitted *pro hac vice*)
    Daniel Slifkin (admitted *pro hac vice*)
    Ming-Toy Taylor (admitted *pro hac vice*)
    wearnhardt@cravath.com
    khummel@cravath.com
    dslifkin@cravath.com
    mtaylor@cravath.com

*Attorneys for Defendants*

(PROPOSED) ORDER DENYING PLAINTIFFS.'
MOT. FOR LEAVE TO AMEND COMPLAINT
(2:25-cv-00512-BJR) – Page 2

CRAVATH, SWAINE & MOORE LLP
Two Manhattan West; 375 Ninth Avenue
New York, NY 10001    (212) 474-1000