Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE SANA BIOTECHNOLOGY, INC.
SECURITIES LITIGATION

No. 2:25-cv-00512-BJR

**DECLARATION OF J. WESLEY EARNHARDT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

I, J. Wesley Earnhardt, declare under penalty of perjury of the laws of the State of Washington that the following statements are true, correct, and based on personal knowledge:

1.      I am one of the attorneys for Defendants in the above-captioned matter and am competent to testify to the matters set forth herein.

DECL. OF J. WESLEY EARNHARDT ISO
DEFS.' OPP. TO MOT. FOR LEAVE TO
AMEND COMPLIANT
(2:25-cv-00512-BJR) – Page 1

CRAVATH, SWAINE & MOORE LLP
Two Manhattan West; 375 Ninth Avenue
New York, NY 10001
(212) 474-1000

2.    Attached hereto and incorporated by reference in Defendants' Opposition to Plaintiffs' Motion for Leave to Amend Complaint are true and correct copies of the following:

Exhibit 1:    Xiaomeng Hu et al., *Hypoimmune CD19 CAR T cells evade allorejection in patients with cancer and autoimmune disease*, 32 CELL STEM CELL 1356 (2025), dated September 4, 2025;

Exhibit 2:    Sana Biotechnology, Inc. Form 8-K, dated January 9, 2024 (excerpted);

DATED this 20th day of January, 2026, at New York, NY.

CRAVATH, SWAINE & MOORE LLC

By:  */s/ J. Wesley Earnhardt*
J. Wesley Earnhardt
wearnhardt@cravath.com

DECL. OF J. WESLEY EARNHARDT ISO
DEFS.' OPP. TO MOT. FOR LEAVE TO
AMEND COMPLIANT
(2:25-cv-00512-BJR) – Page 2

CRAVATH, SWAINE & MOORE LLP
Two Manhattan West; 375 Ninth Avenue
New York, NY 10001
(212) 474-1000