# Exhibit 2
# Excerpted

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): January 9, 2024**

---

# SANA BIOTECHNOLOGY, INC.
**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **001-39941** | **83-1381173** |
|:---:|:---:|:---:|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification Number) |

**188 East Blaine Street, Suite 400**
**Seattle, Washington 98102**
(Address of principal executive offices, including Zip Code)

**Registrant's telephone number, including area code: (206) 701-7914**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| Common Stock, $0.0001 par value per share | SANA | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

# ARDENT: 3 of 4 evaluable patients had at least a partial response, with 2 ongoing complete responses

6 patients treated to date; dose escalation ongoing



### Safety

- No dose limiting toxicities
- No SC291-related SAEs
- No CRS or ICANS
- No Grade 3 or higher infections

Clinical data as of: January 5, 2023
"evaluable" defined as patients treated with SC291 and had at least one disease assessment
*Transformed DLBCL from FL. **Transformed DLBCL from MZL. ***Assessment ongoing as of January 5,2023.



© 2020-2024 Sana Biotechnology. All rights reserved.

12

# Immune response data provide important early insights
## Translating preclinical data to people

**1** **SC291 is a mixture of HIP and non-HIP CAR T cells**



WT CAR T    dKO T    HIP CAR T

| T Cell Population | Genetic Modifications |
|---|---|
| WT CAR T | CD47-CD19 CAR |
| dKO T | HLA I/II deficient |
| HIP CAR T | CD47-CD19 CAR; HLA I/II deficient |

**2** **Test the patient's immune system against SC291**



| Cell | Day 28 | | | |
|---|---|---|---|---|
| | T cell | Ab | NK cell | Blood |
| WT CAR T | | | | |
| dKO T | | | | |
| HIP CAR T | | | | |

© 2020-2024 Sana Biotechnology. All rights reserved.



13

# Patient T cells kill WT CAR T cells but do not kill dKO T cells or HIP CAR T cells







From Patient #1 in the ongoing ARDENT trial.

© 2020-2024 Sana Biotechnology. All rights reserved.

14

# Patient generates antibodies against WT CAR T cells but not dKO T cells or HIP CAR T cells







From Patient #1 in the ongoing ARDENT trial.



© 2020-2024 Sana Biotechnology. All rights reserved.

15

*still image before movie*

# Only HIP CAR T cells avoid NK cell killing
## NK cells taken from patient's blood

**Patient's NK cells from day 13 after SC291 dosing**

**NK cells kill dKO T cells**

**NK cells kill dKO T cells with HLA-E overexpression**

**NK cells do <u>NOT</u> kill HIP CAR T cells**



Actual assay time = 4 hours.



○ T cell with editing profile in column title    NK cells

From Patient #1 in the ongoing ARDENT trial.

Sana






Sana

© 2020-2024 Sana Biotechnology. All rights reserved.

16

*still image after movie*

# Only HIP CAR T cells avoid NK cell killing
## NK cells taken from patient's blood

**Patient's NK cells from day 13 after SC291 dosing**

| NK cells kill dKO T cells | NK cells kill dKO T cells with HLA-E overexpression | NK cells do <u>NOT</u> kill HIP CAR T cells |
|---|---|---|
|  |  |  |

Actual assay time = 4 hours.

 T cell with editing profile in column title    NK cells

From Patient #1 in the ongoing ARDENT trial.

© 2020-2024 Sana Biotechnology. All rights reserved.

17

# No detectable immune response in the patient toward HIP CAR T cells

## D28 blood sample





From patient #1 in the ongoing ARDENT trial.



© 2020-2024 Sana Biotechnology. All rights reserved.

18

# SC291: ARDENT trial continues enrollment with more data expected in 2024

- Early data suggest ability to dose safely, the desired immune evasion profile, and clinical efficacy

- More data to come
  - Immune evasion
  - Safety profile
  - Response rate
  - Cell persistence
  - Durability of responses



**Allogeneic HIP CAR T cell**

**An effective allogeneic CAR T cell therapy offers potential to transform outcomes for patients**



© 2020-2024 Sana Biotechnology. All rights reserved.

19

# ARDENT trial: SC291 treatment leads to deep B cell depletion in oncology patient



From Patient #4 in the ongoing ARDENT trial.



© 2020-2024 Sana Biotechnology. All rights reserved.

22