Hon. Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

IN RE SANA BIOTECHNOLOGY, INC.
SECURITIES LITIGATION

No. 2:25-cv-00512-BJR

**STIPULATED MOTION AND**
**REQUEST TO STAY**

Lead Plaintiffs Shane Honey and Jonatan Koskinen ("Plaintiffs") together with Defendants Sana Biotechnology, Inc., Steven D. Harr and Nathan Hardy ("Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submit this Stipulated Motion and Request to Stay.

To date, the Parties have completed one round of motion to dismiss briefing and Plaintiffs have filed a second amended securities complaint.  (Dkt. 35; Dkt. 39, Dkt. 44; Dkt. 49)  The Parties have conferred regarding alternative dispute resolution and agreed to mediation.  The Parties therefore request a stay of the proceeding, including further litigation, motions practice, and related case deadlines for ninety (90) days so that they may participate in early mediation.

"A district court has the inherent power to stay its proceedings." *Oregon Mut. Ins. Co. v. Ham & Rye, LLC,* No. C10-579RJB, 2010 WL 2787852, at *3 (W.D. Wash. July 14, 2010). This power to stay is "'incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel,

STIPULATED MOTION AND
REQUEST TO STAY

(2:25-cv-00512-BJR) – Page 1

CRAVATH, SWAINE & MOORE LLP
Two Manhattan West; 375 Ninth Avenue
New York, NY 10001
(212) 474-1000

and for litigants.'" *Id*. (quoting *Landis v. North American Co.,* 299 U.S. 248, 254 (1936)). A court may enter a stay if it finds "it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." *Leyva v. Certified Grocers of California, Ltd.,* 593 F.2d 857, 863-64 (9th Cir. 1979). When considering a motion to stay, the court weighs several competing interests (the "*Landis* factors"): (1) the possible damage that may result from the granting of the stay; (2) the hardship or inequity that a party may suffer in being required to go forward; and (3) the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay. *CMAX, Inc. v. Hall,* 300 F.2d 265, 268 (9th Cir. 1962) (citing *Landis*, 299 U.S. at 254-55).

The *Landis* factors favor temporarily staying this case as requested by the Parties. *First*, because all parties agree a stay is appropriate, no party will be damaged by a stay. *Second*, if a stay is not granted, the Parties will expend substantial time and resources litigating a case that all agree is amenable to early resolution. *Finally*, if the case can be resolved at an early mediation, the case will be completed using a minimal amount of the Court's time.

The Parties agree to submit a status report fourteen days after the conclusion of the stay.

WHEREFORE, the Parties respectfully request that the Court grant this Stipulated Motion and Request to Stay.

STIPULATED MOTION AND
REQUEST TO STAY

(2:25-cv-00512-BJR) – Page 2

CRAVATH, SWAINE & MOORE LLP
Two Manhattan West; 375 Ninth Avenue
New York, NY 10001
(212) 474-1000

DATED this 27th day of May, 2026.

STIPULATED AND AGREED TO BY:

CRAVATH, SWAINE & MOORE LLP

By: s/ *J. Wesley Earnhardt*

J. Wesley Earnhardt (*pro hac vice*)
Keith R. Hummel (*pro hac vice*)
Daniel Slifkin (*pro hac vice*)
Ming-Toy Taylor (*pro hac vice*)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
wearnhardt@cravath.com
khummel@cravath.com
dslifkin@cravath.com
mtaylor@cravath.com

McNAUL EBEL NAWROT &
HELGREN PLLC

By: s/ *Daniel M. Weiskopf*

Daniel M. Weiskopf, WSBA No. 44941
600 University Street
STE 2700
Seattle, WA 98101
(206) 467-1816
dweiskopf@mcnaul.com

*Attorneys for Defendants*

BADGLEY MULLINS TURNER PLLC

By: s/ *Duncan C. Turner*

Duncan C. Turner, WSBA No. 20597
19910 50th Ave. W., Suite 103
Lynnwood, WA 98036
T: (206) 621-6566
dturner@badgleymullins.com

*Liaison Counsel for the Class*

THE ROSEN LAW FIRM

By: s/ *Jonathan Horne*

Jonathan Horne
Yitzchok Fishbach
Phillip Kim, Esq
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
T: (212) 686-1060
F: (212) 202-3827
jhorne@rosenlegal.com
yfishbach@rosenlegal.com
philkim@rosenlegal.com
lrosen@rosenlegal.com

*Co-Lead Counsel for the Class*

STIPULATED MOTION AND
REQUEST TO STAY

(2:25-cv-00512-BJR) – Page 3

CRAVATH, SWAINE & MOORE LLP
Two Manhattan West; 375 Ninth Avenue
New York, NY 10001
(212) 474-1000