Hon. Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

IN RE SANA BIOTECHNOLOGY, INC.
SECURITIES LITIGATION

No. 2:25-cv-00512-BJR

**ORDER GRANTING**
**STIPULATED MOTION AND**
**REQUEST TO STAY**

Upon consideration of the Parties' Stipulated Motion and Request to Stay, the Court finds that good cause exists to stay this action for ninety (90) days, and it is hereby **ORDERED** that this Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Parties shall file a Joint Status Report within fourteen (14) days after the stay terminates.

DATED this 28th day of May 2026.

*Barbara J. Rothstein*

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
STIPULATED MOTION AND
REQUEST TO STAY
(2:25-cv-00512-BJR) – Page 1

CRAVATH, SWAINE & MOORE LLP
Two Manhattan West; 375 Ninth Avenue
New York, NY 10001
(212) 474-1000

Presented by:

CRAVATH, SWAINE & MOORE LLP

By: s/ *J. Wesley Earnhardt*

J. Wesley Earnhardt (*pro hac vice*)
Keith R. Hummel (*pro hac vice*)
Daniel Slifkin (*pro hac vice*)
Ming-Toy Taylor (*pro hac vice*)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
wearnhardt@cravath.com
khummel@cravath.com
dslifkin@cravath.com
mtaylor@cravath.com

McNAUL EBEL NAWROT &
HELGREN PLLC

By: s/ *Daniel M. Weiskopf*

Daniel M. Weiskopf, WSBA No. 44941
600 University Street
STE 2700
Seattle, WA 98101
(206) 467-1816
dweiskopf@mcnaul.com

*Attorneys for Defendants*

BADGLEY MULLINS TURNER PLLC

By: s/ *Duncan C. Turner*

Duncan C. Turner, WSBA No. 20597
19910 50th Ave. W., Suite 103
Lynnwood, WA 98036
T: (206) 621-6566
dturner@badgleymullins.com

*Liaison Counsel for the Class*

THE ROSEN LAW FIRM

By: s/ *Jonathan Horne*

Jonathan Horne
Yitzchok Fishbach
Phillip Kim, Esq
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
T: (212) 686-1060
F: (212) 202-3827
jhorne@rosenlegal.com
yfishbach@rosenlegal.com
philkim@rosenlegal.com
lrosen@rosenlegal.com

*Co-Lead Counsel for the Class*

ORDER GRANTING
STIPULATED MOTION AND
REQUEST TO STAY
(2:25-cv-00512-BJR) – Page 2

CRAVATH, SWAINE & MOORE LLP
Two Manhattan West; 375 Ninth Avenue
New York, NY 10001
(212) 474-1000